**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KURON LAVELL BROWN**                                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 4:20-CV-417-LPR-BD**

**GORMAN and BAKER**                                                                          **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.       **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Mr.

Brown may file objections if he disagrees with the findings or conclusions set out in the

Recommendation. If objections are filed, they should be specific and should include the

factual or legal basis for the objection.

To be considered, objections must be filed with the Court Clerk within 14 days. If

no objections are filed, Judge Rudofsky can adopt this Recommendation without

independently reviewing the record. By not objecting, Mr. Brown may waive any right to

appeal questions of fact.

**II.**      **Discussion:**

On April 16, 2020, Kuron Lavell Brown, an inmate at the W.C. "Dub" Brassell

Adult Detention Center, filed this 42 U.S.C. § 1983 lawsuit without the help of a lawyer.

(Doc. No. 2) Although Mr. Brown filed an application to proceed *in forma pauperis*

(IFP), his application failed to include critical information required under the Prison

Litigation Reform Act. (Doc. No. 1)

The Court denied Mr. Brown's IFP application because of the missing information and instructed him to file a complete IFP application or pay a $400 fee within thirty days of April 17, 2020. (Doc. No. 3) The Court specifically cautioned Mr. Brown that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed.

As of this date, Mr. Brown has not filed a complete IFP application or paid the filing fee. The time allowed for Mr. Brown to respond to the Court's April 17 Order has expired.

## III.    Conclusion:

The Court recommends that Mr. Brown's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 17, 2020 Order and his failure to prosecute this lawsuit.

DATED this 24th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE