IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KURON LAVELL BROWN**                                                                 **PLAINTIFF**

v.                                 Case No. 4:20-CV-417-LPR-BD

**GORMAN and BAKER**                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommendation as well as the Record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Brown's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 17, 2020 Order and his failure to prosecute this lawsuit.[1]

IT IS SO ORDERED this 5th day of October 2020.

*Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Recommendation was sent to Mr. Brown at the address on record, but was returned as undeliverable. It was Mr. Brown's duty to update his address if it changed. He did not do so.