IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KURON LAVELL BROWN**                                                            **PLAINTIFF**

**v.**                       **Case No. 4:20-CV-417-LPR-BD**

**GORMAN and BAKER**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE